IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FREDERICK BANKS**  **PLAINTIFF**
**REG # 05711-068**

v.                    No. 2:12-cv-177-DPM-JTK

**JOHNSON,** *et al.*                    **DEFENDANTS**

## ORDER

Banks has not objected to Magistrate Judge Jerome T. Kearney's recommendation that this *in forma pauperis* action be dismissed. *Document No. 6*. Reviewing for clear factual error on the face of the record, FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes), and for legal error, the Court adopts the recommendation as its own.

Recommended disposition, *Document No. 6*, adopted in full. Banks's complaint is dismissed without prejudice. An *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith. So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 September 2012