IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FREDERICK BANKS**  **PLAINTIFF**
**REG # 05711-068**

v.  No. 2:12-cv-177-DPM

**JOHNSON,** *et al.*  **DEFENDANTS**

JUDGMENT

Banks's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 September 2012