## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**FREDERICK BANKS**  **PLAINTIFF**
**REG # 05711-068**

v.                           No. 2:12-cv-177-DPM

**JOHNSON**, *et al.*                         **DEFENDANTS**

## JUDGMENT

Banks's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 September 2012